AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| US Commodity Futures Trading Commission,<br>*Plaintiff*<br>v.<br>Robert S. Leben and Amy L. Leben,<br>*Defendants* | Civil Action No.   3:14-866-TLW |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☒ the plaintiff, US Commodity Futures Trading Commission, recover from the defendants, Robert S. Leben and Amy L. Leben, a civil monetary penalty in the amount of Seven Million, Six Hundred Fifty-Four Thousand Seven Hundred Eighty-Eight and 00/100 dollars ($7,654,788.00), Restitution in the amount of Two Million, Five Hundred Fifty-One Thousand Five Hundred Ninety-Six and 00/100 dollars ($2,551,596.00), plus post-judgment interest at the rate of 0.52%, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☒ other: the plaintiff, US Commodity Futures Trading Commission, recover from the defendants, Robert S. Leben and Amy L. Leben, the profits earned from their fraudulent scheme in the amount of One Hundred Nine Thousand Seven Hundred Eighty-Seven and 00/100 dollars ($109,787).

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

☒ decided by the Honorable Terry L. Wooten, Chief United States District Court presiding, having granted plaintiff's motion for summary judgment.

Date:   August 5, 2016

*CLERK OF COURT*

s/Karen Boston

*Signature of Clerk or Deputy Clerk*